IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 13-10899-TMD |
| **GOLDEN PRIZM, INC.,** § | |
| § | Chapter 11 |
| Debtor. § | |

### NOTICE OF TERMINATION OF AUTHORIZATION FOR DEBTOR TO USE CASH COLLATERAL AND OBJECTION TO SUBSEQUENT USE OF CASH COLLATERAL

American Bank of Commerce ("ABC") files its *Notice of Termination of Authorization for Debtor to Use Cash Collateral and Objection to Subsequent Use of Cash Collateral* (collectively the "Notice of Termination"). In support, ABC shows:

### I. BACKGROUND

1. On May 7, 2013 (the "Petition Date"), Golden Prizm, Inc. (the "Debtor") filed its voluntary petition under chapter 11 of the United States Bankruptcy Code (the "Code").

2. Pursuant to 11 U.S.C. §§ 1107 and 1108 the Debtor is managing its business and affairs as debtor-in-possession.

3. No trustee, examiner or official committee of unsecured creditors has been appointed.

### II. FACTS

4. On May 8, 2013, the Debtor filed its *Emergency Motion to Use Cash Collateral* ("Motion") [Dkt. # 3].

5. On June 4, 2013, the Court entered the *Agreed Order Authorizing Use of Cash Collateral* (the "Cash Collateral Order") [Dkt. # 18]. Pursuant to the Cash Collateral Order, ABC consented to the Debtor's use of its Cash Collateral on certain specified terms and conditions, including the requirement that the Debtor file a plan of reorganization within 90 days of the date on

**NOTICE OF TERMINATION OF AUTHORIZATION FOR DEBTOR
TO USE CASH COLLATERAL AND OBJECTION TO SUBSEQUENT
USE OF CASH COLLATERAL**
Case No. 13-10899-tmd; *In re Golden Prizm, Inc.*

Page **1** of **3**

which the Cash Collateral Order was signed. Dkt. # 18, pg. 3. The Cash Collateral Order provides that if the Debtor fails to file a plan within such 90-day period, the Debtor's rights to use ABC's Cash Collateral immediately terminates. *Id.* The Cash Collateral Order was signed on June 4, 2013. Therefore, the 90-day period expired on September 3, 2013.

6. The Debtor failed to file a plan. Accordingly, the Debtor's rights to use ABC's Cash Collateral automatically terminated as of 12:00 a.m. on September 4, 2013 (the "Effective Date").

7. All parties are hereby requested to take notice that (i) as of the Effective Date, the Debtor is prohibited from using, transferring or otherwise disposing of ABC's Cash Collateral; and (ii) ABC objects to any subsequent use of its Cash Collateral by the Debtor on or after the Effective Date as such use is nonconsensual and violates the terms of the Cash Collateral Order and Section 363(c)(2) of the Code.

Dated: September 4, 2013

>
> Respectfully submitted,
>
> **BARTLETT & SCHOBER, P.C.**
>
> 1611 Nueces Street
> Austin, TX 78701
> Telephone:  (512) 474-7678
> Facsimile:  (512) 597-3510
>
> By: /s/ Matthew J. Wagner
>   James M. Schober
>   Texas Bar No. 24004907
>   Matthew J. Wagner
>   Texas Bar No. 24075232
> COUNSEL FOR AMERICAN BANK OF COMMERCE

**NOTICE OF TERMINATION OF AUTHORIZATION FOR DEBTOR
TO USE CASH COLLATERAL AND OBJECTION TO SUBSEQUENT
USE OF CASH COLLATERAL**
Case No. 13-10899-tmd; *In re Golden Prizm, Inc.*

Page **2** of 3

## CERTIFICATE OF SERVICE

      I certify that on September 4, 2013 I served a true and correct copy of the foregoing on all parties requesting notice via the Court's CM/ECF system and via the manner listed below.

*Via U.S. Mail*
Golden Prizm, Inc.
4415 Manchaca Road
Austin, Texas 78745

*Via CM/ECF and Email*
Ramon G. Rios
Law Office of Jerry Rios
4611 Bee Caves Road, Suite 216
Austin, Texas 78746

*Via CM/ECF and Email*
Valerie L. Wenger
United States Trustee
903 San Jacinto Blvd., Ste. 203
Austin, Texas 78701

*Via U.S. Mail*
Attached Service List

                                                      /s/ Matthew J. Wagner
                                                       Matthew J. Wagner